**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 12-cv-210-LPS |
| ASUS COMPUTER INTERNATIONAL, INC., | Jury Trial Demanded |
| Defendants. | |
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff, | Civil Action No. 12-cv-214-LPS |
| v. | |
| VIZIO, INC., | Jury Trial Demanded |
| Defendant. | |
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff, | Civil Action No. 12-cv-1394-LPS |
| v. | |
| GOOGLE INC. | Jury Trial Demanded |
| Defendant. | |
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff, | Civil Action No. 12-cv-1395-LPS |
| v. | |
| HEWLETT-PACKARD COMPANY, | Jury Trial Demanded |
| Defendant. | |

| GRAPHICS PROPERTIES HOLDINGS, INC., | |
|---|---|
| Plaintiff,<br>v.<br>LENOVO GROUP LTD., LENOVO HOLDING COMPANY, INC., and LENOVO (UNITED STATES) INC.,<br><br>Defendant. | Civil Action No. 12-cv-1397-LPS<br><br>Jury Trial Demanded |
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff,<br>v.<br>ASUS COMPUTER INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 13-cv-864-LPS<br><br>Jury Trial Demanded |

**DECLARATION OF VICTORIA Q. SMITH IN SUPPORT OF
DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Victoria Smith, declare as follows:

1.      I am an attorney at the law firm of Perkins Coie LLP, counsel for defendant Google Inc.  I am a member in good standing of the California Bar.  I make this this declaration of my own personal knowledge and, if called as a witness, could and would testify competently thereto.

2.      Attached as Exhibit 23 is a true and correct copy of Public Exhibit 34 to the Amended Complaint in ITC Investigation No. 337-TA-836.

3.      Attached as Exhibit 24 is a true and correct copy of specifications for Apple Inc.'s iPad2, which is available at https://www.apple.com/ipad-2/specs/ (last visited March 7, 2014).

4.      Attached as Exhibit 25 is a true and correct copy of an Appeal Brief dated June 3, 2004 from the file history of Patent Application Serial No. 09/120,983, which issued as U.S. Patent No. 6,816,145 .

5.      Attached as Exhibit 26 is a true and correct copy of Order No. 53:  Initial Determination Granting Motion for Summary Determination On the Basis that Claim 1 of the '881 Patent is Indefinite issued in ITC Investigation No. 337-TA-884 on February 27, 2014.

6.      Attached as Exhibit 27 is a true and correct copy of excerpts from the Expert Report of Dr. William Mangione-Smith on Claim Construction for US Patent No. 5,717,881, submitted in ITC Inv. No. 337-TA-884.

7.      Attached as Exhibit 28 is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. William Mangione-Smith Regarding Claim Construction of U.S. Patent No. 5,717,881, submitted in ITC Inv. No. 337-TA-884.

8.      Attached as Exhibit 29 is a true and correct copy of Order No. 52:  Construing the Terms of the Asserted Claims of the '158 and '327 Patents, issued in ITC Investigation No. 337-TA-884 on February 27, 2014.


I declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2014, in Palo Alto, California.

_____

Victoria Smith