**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>           Defendant. | Civil Action No. 12-cv-1394-LPS<br><br>Jury Trial Demanded |

**STIPULATION OF DISMISSAL**

Plaintiff Graphic Properties Holdings, Inc. and Defendant Google Inc., through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims are dismissed with prejudice, with each party to bear its own costs, expenses and fees.

Date: April 30, 2015                                              Respectfully submitted,


FARNAN LLP                                              POTTER ANDERSON & CORROON LLP

*/s/ Michael J. Farnan*                                  */s/ Bindu A. Palapura*
Brian E. Farnan (#4089)                                  Richard L. Horwitz (#2246)
Michael J. Farnan (#5165)                                David E. Moore (#3983)
919 N. Market St., 12th Floor                            Bindu A. Palapura (#5370)
Wilmington, DE 19801                                     Hercules Plaza, 6th Floor
(302) 777-0300                                           1313 N. Market Street
bfarnan@farnanlaw.com                                    Wilmington, DE  19801
mfarnan@farnanlaw.com                                    Tel:  (302) 984-6000
                                                         rhorwitz@potteranderson.com
OF COUNSEL:                                              dmoore@potteranderson.com
Michael T. Renaud                                        bpalapura@potteranderson.com
James M. Wodarski
Michael J. McNamara                                      OF COUNSEL:
Jack C. Schecter
MINTZ, LEVIN, COHN, FERRIS,                              James F. Valentine
GLOVSKY & POPEO P.C.                                     Christopher L. Kelley

- 2 -

One Financial Center
Boston, MA 02111
(617) 542-6000

*Attorneys for Plaintiff*
*Graphics Properties Holdings Inc.*

Victoria Q. Smith
Wing H. Liang
PERKINS COIE, LLP
3150 Porter Drive
Palo Alto, CA 94303
Tel:  (650) 838-4413

*Attorneys for Defendant Google Inc.*

SO ORDERED this _____ day of _____, 2015.

_____
The Honorable Leonard P. Stark